**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 4:21-cv-10016-KMM

DONALD PEREAU,

      Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,[1]

      Defendant.
                                      /

**ORDER ON AMENDED REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon Plaintiff Donald Pereau's ("Plaintiff") Uncontested Motion for Attorney's Fees, pursuant to the Equal Access to Justice Act ("EAJA"). ("Mot.") (ECF No. 22).  Therein, Plaintiff seeks to recover attorney's fees, as well as the filing fee paid in this case.  *Id.* at 1.  The Court referred the matter to the Honorable Lauren F. Louis, United States Magistrate Judge, to take all necessary and proper action as required by law with respect to Plaintiff's Motion.  (ECF No. 23).  Magistrate Judge Louis issued an Amended Report and Recommendation ("R&R") recommending that Plaintiff's Motion be granted.  (ECF No. 27).  No objections were filed and the time to do so has passed.  The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

---

[1] Although the Commissioner of Social Security is named as Defendant, Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration and is automatically substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d).  Fed. R. Civ. P. 25(d).

Pursuant to the EAJA, Plaintiff seeks to recover $653.51 in attorney's fees, reflecting 3.1 hours expended by his attorney on this case. Mot. at 1–2. Plaintiff also seeks to recover $402.00 in costs associated with the filing fee paid in this case. *Id.* at 1.

As set forth in the R&R, Magistrate Judge Louis determined that Plaintiff is entitled to recover reasonable attorney's fees under the EAJA because Plaintiff is the prevailing party, Defendant's position was not substantially justified, and Plaintiff's net worth was less than two million dollars at the time the proceeding was filed. R&R at 2. Magistrate Judge Louis also determined that the attorney's fees requested are reasonable after review of Plaintiff's counsel's itemized time entries, experience, and reputation. *Id.* at 2–3 (citing (ECF No. 22)). Magistrate Judge Louis also determined that, pursuant to 28 U.S.C. § 1920, Plaintiff is entitled to $402.00 in costs associated with the filing fee paid in this case. *Id.* at 3.

Accordingly, Magistrate Judge Louis recommends that Plaintiff's Uncontested Motion for Attorney's Fees, (ECF No. 22), be granted, and that Plaintiff be awarded $653.51 in attorney's fees and $402.00 in costs associated with the filing fee in this case. *Id.* at 4. Finally, Magistrate Judge Louis determined that the attorney's fees and costs should be payable to Plaintiff's counsel "once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States." *Id.*

This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Louis's Amended Report and Recommendation (ECF No. 27) is ADOPTED. Consistent with Magistrate Judge Louis's R&R, Plaintiff's Uncontested Motion for Attorney's Fees (ECF No. 22) is GRANTED. Plaintiff is awarded $653.51 in attorney's fees

and $402.00 in costs associated with the filing fee, which should be sent to Plaintiff's counsel after the Government determines whether Plaintiff owes a federal debt.

DONE AND ORDERED in Chambers, at Miami, Florida this 7th day of February, 2022.

*K. M. Moore*

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:  All counsel of record